IN THE SUPREME COURT OF THE STATE OF DELAWARE

ANZARA M. BROWN, § 
§ No. 414, 2022
Defendant Below, §
Appellant, §
§ Court Below–Superior Court
v. § of the State of Delaware
§
STATE OF DELAWARE, §
§ Cr. ID No. 1205025968A (K)
Appellee. §

Submitted: December 27, 2022
Decided: February 7, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its October 26, 2022 order denying the appellant's petition for certificate of eligibility under Delaware Superior Court Special Rule of Procedure 2017-1(c).[1]

---

[1] *State v. Brown*, 2022 WL 14781911, at *3 (Del. Super. Ct. Oct. 26, 2022) (quoting *Yelardy v. State*, 2022 WL 9632128, at *3 (Del. Oct. 14, 2022)).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice